40,953-03,04

C.C.A  WR 40-953-03
07-03-12326-A

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 20 2015
Abel Acosta, Clerk

CC.A   WR 40-953-04
08-02-12777-A

MARCH 16Ⅱ 2015

DEAR CLERK Abel Acosta

I got this dismissed notice about the Above titled cause(s) However I WAS Never issued a White Card saying that they had been dismissed, I had filed A Amended Writ on April 2012 'due to the fact Someone had filed and signed my name, and Turn it in by Mistake. Thats why the writ was Admend.

Can you please advise me when the White Card WAS issued, and why the Amended WRIT WAS not Honored on April.

Also I WAS issued the Affirm notices prior to my friend filing the 11.07 in Jan. The Mandate WAS not issued until March, 2012, but it WAS affirmed neither the less.

So this whole time, even when I wrote to your court back in 2013, Why WAS I not told then of the dismissal? I could have fixed this problem If I would have been given a white Card, or notified then.

I thank you for your time in this matters

Your Humble servant.

Respectfully